UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

DOUGLAS MEYER,                                            }
ON BEHALF OF HIMSELF AND                                 }
ALL OTHERS SIMILIARLY SITUATED,                          }
                                                         }
                              Plaintiff,                 }      Civil Action, File No.
            v                                            }      2:17-cv-00893-SJF-AYS
                                                         }
FOREST RECOVERY SERVICES, L.L.C.,                        }
                                                         }
                              Defendant.                 }

**STIPULATION OF DISMISSAL**

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

Defendant with each party to bear its respective attorney's fees and costs incurred in this action.


/s/*Mitchell L. Pashkin, Esq.*_____
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

**Barron & Newburger, P.C.**

By:  /s/Arthur Sanders, Esq.
30 South Main Street
New City, NY 10956-3515
845-499-2990
Email: asanders@arthursanderslaw.com
*Attorneys for Defendant*